# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| **$4,309,445.90 IN UNITED STATES** ) | |
| **CURRENCY SEIZED FROM** ) | |
| **CADENCE BANK ACCOUNT** ) | |
| **NUMBER *2484;** ) | |
| ) | |
| **$200,000.00 IN UNITED STATES** ) | |
| **CURRENCY SEIZED FROM** ) | |
| **CADENCE BANK ACCOUNT** ) | |
| **NUMBER *2493; and** ) | |
| ) | |
| **$100,000.00 IN UNITED STATES** ) | |
| **CURRENCY SEIZED FROM** ) | |
| **CADENCE BANK ACCOUNT** ) | |
| **NUMBER *2501,** ) | |
| ) | |
| **Defendants.** ) | |

## <u>VERIFIED COMPLAINT FOR FORFEITURE IN REM</u>

Comes now the United States of America, by and through its counsel, Prim F. Escalona, United States Attorney for the Northern District of Alabama, and the undersigned Assistant United States Attorney, and respectfully shows the Court the following in support of its Complaint for Forfeiture:

1.   This is a civil action *in rem* for the forfeiture of the following

1

Defendant Assets seized by the United States Secret Service in or around March 2023:

- **$ 4,309,445.90 IN UNITED STATES CURRENCY SEIZED FROM CADENCE BANK ACCOUNT NUMBER *2484;[1]**

- **$ 200,000.00 IN UNITED STATES CURRENCY SEIZED FROM CADENCE BANK ACCOUNT NUMBER *2493; and**

- **$ 100,000.00 IN UNITED STATES CURRENCY SEIZED FROM CADENCE BANK ACCOUNT NUMBER *2501.**

2. These Defendant Assets are subject to forfeiture per 18 U.S.C. §§ 981(a)(1)(C) and 984 because they are properties that constitute or are derived from proceeds traceable to one or more violations of or a conspiracy to violate 18 U.S.C. §§ 1344 (bank fraud) and 641 (theft of government property); and/or because these crimes were committed, and proceeds of these crimes exceeding the amounts of the Defendant Assets flowed into the accounts from which the assets were seized, within one year prior to the filing of this Complaint.

3. The Court has jurisdiction over this subject matter per 28 U.S.C. §§ 1345 and 1355.

4. This Court has *in rem* jurisdiction over the Defendant Assets per 28 U.S.C. § 1355.

---

[1] Financial accounts referred to in this complaint are abbreviated with a *, and then the last four digits, for privacy and security reasons.

5. This Court has venue over this action per 28 U.S.C. §§ 1355 and 1395.

## Bank Fraud and Theft of Government Property

6. At all times relevant to this civil-forfeiture complaint, Cadence Bank was a federally insured commercial bank with headquarters in Tupelo, Mississippi, and Houston, Texas, that operated in the Northern District of Alabama and elsewhere.

7. At all times relevant to this civil-forfeiture complaint, Pinnacle Ridge USA Investors, LLC, was a domestic limited liability company registered with the Georgia Secretary of State beginning in 2016 and with an address of 1348 Fairview Road NE, Atlanta, Georgia 30306.

8. At all times relevant to this civil-forfeiture complaint, She Chique LLC, was a domestic limited liability company registered with the Georgia Secretary of State beginning in 2020 with registered agent having initials T.B.

9. In February and March 2023, T.B. was employed by Cadence Bank as an assistant branch manager at the Alpharetta, Georgia, branch located at 2380 Old Milton Parkway in Alpharetta.

10. In February and March 2023, T.B. and Individual #1 knowingly carried out or attempted to carry out a scheme to get money, assets, or other

3

property from Cadence Bank, a federally insured financial institution, by using false or fraudulent pretenses, representations, or promises about a material fact, in violation of 18 U.S.C. § 1344, as described herein.

11. Also in February and March 2023, Individual #1 and T.B. willfully and knowingly did receive, conceal and retain stolen property of the United States, that is, a Treasury check in the amount of approximately $4,938,995.00, of a value exceeding $1,000.00, with intent to convert said property to their own use, then knowing said property to have been stolen, in violation of 18 U.S.C. § 641, as described herein.

12. On or about February 7, 2023, the Treasury Department mailed a Treasury check in the amount of $4,938,995.00 to a registered agent for Pinnacle Ridge USA Investors, LLC, at 1348 Fairview Road NE, Atlanta, Georgia. The check represented a corporate tax withholding return issued by the Internal Revenue Service. The payee on the Treasury check was "Pinnacle Ridge Capital Limited Partnership".

13. The agent for Pinnacle Ridge USA Investors, LLC, never received the check.

14. On or about February 13, 2023, a limited liability company named "Pinnacle Ridge Capital LLC" registered with the Georgia Secretary of State. The

registered agent was "Jessica White" with address 200 Milford Place, Villa Rica, Georgia 30180. The recorded industry classification for "Pinnacle Ridge Capital LLC" was residential property manager.

15. On or about February 23, 2023, through and with the assistance of assistant branch manager T.B., Individual #1 opened Cadence Bank account number *2484 at the Cadence Bank branch located at 2380 Old Milton Parkway, Alpharetta, Georgia. Account *2484 was a business account in the name of "Pinnacle Ridge Capital LLC" with owner "Jessica Wright." Individual #1 funded the account with a $100 cash deposit.

16. On opening the account, Individual #1 did not provide a driver's license but did provide a social security number and the 200 Milford Place, Villa Rica, address. The social security number provided corresponds to an individual with the name Jessica Wright but with a different address. Individual #1 provided a business email address of "pinnacleridgecapital@yahoo.com".

17. That same day, Individual #1 deposited the Treasury check in the amount of $4,938,995.00 into account number *2484. Individual #1 was not, and did not lawfully represent in any capacity, the intended payee on the check, Pinnacle Ridge USA Investors, LLC.

18. Individual #1 requested an expedited debit card linked to account

*2484 from Cadence Bank.

19. On or about March 8, 2023, Cadence Bank money market account, bank account number *2493, and a Performance Checking account, bank account number *2501, were opened at the Alpharetta Branch with "Jessica Wright" as the sole account holder. Assistant branch manager T.B. opened both accounts.

20. The funds from the Treasury check moved into, out of, and between the Cadence accounts controlled by "Jessica Wright," including as follows: On March 8, 2023, the account holder moved $200,000.00 from account *2484 to account *2493 and moved $100,000.00 account *2484 to account *2501. On March 8, 2023, the account holder purchased cashier's check number 0680000274 for $150,000.00 to "She Chique LLC" and cashier's check 0680000275 for $150,000.00 to "Altarrese L Mitchell" and withdrew $10,000.00 in cash from account *2484.

21. On March 8, 2023, the account holder used the funds from cashier's check number 0680000275 to purchase cashier's check 0680000276 payable to "Altanese L McCall" for $150,000.00. Cashier's check 0680000276 was deposited to an account at Wells Fargo Bank. Cadence Bank assistant branch manager T.B. approved this transaction.

22. Also on March 8, 2023, T.B. renewed the registration of She Chique

LLC with the Georgia Secretary of State.

23. On March 9, 2023, check 0680000274 was deposited to an account at Wells Fargo titled to She Chique LLC.

24. From March 11 through 13, 2023, the account holder spent $19,618.71 from account *2484 via debit card in and around Las Vegas, Nevada.

25. In mid-March 2023, Cadence Bank fraud investigators in Birmingham, Alabama, placed a temporary freeze on the remaining funds in accounts *2484, *2493, and *2501, i.e., the Defendant Assets, due to suspicions of fraud. The internet servers housing Cadence Bank's electronic data representing the Defendant Assets were and are located in the Northern District of Alabama.

26. In late March 2023, the United States Secret Service seized the Defendant Assets pursuant to a warrant issued by the Northern District of Alabama.

## Civil Forfeiture

27. These Defendant Assets are subject to forfeiture per 18 U.S.C. §§ 981(a)(1)(C) and 984 because they are properties that constitute or are derived from proceeds traceable to one or more violations of or a conspiracy to violate 18 U.S.C. §§ 1344 (bank fraud) and 641 (theft of government property); and/or because these crimes were committed, and proceeds of these crimes exceeding the

amounts of the Defendant Assets flowed into Cadence Bank accounts *2484, *2493, and *2501 within one year prior to the filing of this Complaint.

28. The names and addresses of possible claimants known to the United States are as follows:

| | |
|---|---|
| Tonya Bailey<br>4211 Kingship Drive<br>Ellenwood, Georgia, 30294 | Jessica Wright a/k/a Jessica White<br>200 Milford Place<br>Villa Rica, Georgia, 30180 |
| Pinnacle Ridge Capital LLC<br>200 Milford Place<br>Villa Rica, Georgia, 30180 | Pinnacle Ridge USA Investors, LLC, DBA Pinnacle Ridge Capital Limited Partnership<br>1348 Fairview Road NE<br>Atlanta, Georgia 30306 |

WHEREFORE, the Plaintiff requests that due notice issue to enforce the forfeiture and to give notice to all interested parties to appear and show cause why the forfeiture should not be decreed; that the named Defendant Assets be condemned and forfeited to the United States of America for disposition according to law; and for such other and further relief as this Court may deem just and proper.[2]

PRIM F. ESCALONA
United States Attorney

**s/Austin D. Shutt**
Assistant United States Attorney
1801 Fourth Avenue North
Birmingham AL 35203
Telephone: (205) 244-2001
Fax: (205) 244-2181
Email: Austin.shutt@usdoj.gov

---

[2] This complaint is supported by the attached verification of USSS Special Agent Christopher Parrish. The United States hereby certifies that it currently holds Special Agent Parrish's original verification. The United States shall retain the hard copy of the Verification for at least one year after exhaustion of time to appeal final resolution of this action, or issuance of mandate from the Court of Appeals.

## **VERIFICATION**

I, Christopher Parrish, am a Special Agent of the United States Secret Service, and the agent assigned responsibility for this case. I have read the contents of the foregoing Complaint for Forfeiture *In Rem*. The statements contained therein are true to the best of my knowledge and belief. I base my knowledge for this verification of the Complaint for Forfeiture *In Rem* on the following:

a. Information provided to me by other law enforcement officers who have participated in the investigation of the facts described in this Complaint;

b. My participation in the investigation of the Defendant Assets; and

c. My experience in investigations involving financial crimes.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed July 7, 2023.

Christopher Parrish
Special Agent
United States Secret Service